```
                IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


SCOTT DIDONATO                   :     CIVIL ACTION
                                 :
       v.                        :
                                 :
RICHARD C. ZILMER, et al.        :     NO. 10-4205
```

ORDER

AND NOW, this 21st day of October, 2013, upon consideration of respondents' Supplemental Brief in Support of Government's Motion for Summary Judgment (Docket No. 24), and the petitioner's Response to Defendant's Supplemental Brief in Support of Defendant's Motion for Summary Judgment (Docket No. 26), as well as the briefing and oral argument relating to the initial motion for summary judgment (Docket No. 6), IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the respondents' motion is GRANTED.  Judgment is hereby ENTERED in favor of the above-named respondents and against the petitioner.  This case is closed.


```
                                 BY THE COURT:

                                 /s/ Mary A. McLaughlin
                                 MARY A. McLAUGHLIN, J.
```